Gmail

**Order ▇▇▇ confirmed**
1 message

**Dineen Vineyards** <store+29249503325@t.shopifyemail.com>  Thu, Mar 21, 2024 at 11:51 AM
Reply-To: Dineen Vineyards <info@dineenvineyards.com>
To: ▇▇▇

# DINEEN VINEYARDS

ORDER ▇▇▇

## Thank you for your purchase!

Hi ▇▇▇, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order   or Visit our store

### Order summary

  2021 Cabernet Franc × 1                         $42.00

| | |
|---|---:|
| Subtotal | $42.00 |
| Shipping | $27.00 |
| Taxes | $0.00 |
| Total | **$69.00 USD** |

**EXHIBIT 2**

## Customer information

**Shipping address**



Mason MI 48854
United States

**Billing address**



Mason MI 48854
United States

**Shipping method**

Half Price Shipping (1-6 bottles)

**Payment method**

 ending with 

---

If you have any questions, reply to this email or contact us at info@dineenvineyards.com



Dineen Vineyards

2980 Gilbert Road, Zillah, WA 98953

Tel. 509-829-6897

www.dineenvineyards.com

Follow us on Instagram & Facebook   

**EXHIBIT 2**