

EXHIBIT 3

**FROM:**
Dineen
Dineen Vineyards
2980 Gilbert Road
Zillah WA 98953
US

(509) 969-0515

SHIP DATE: 21MAR24
ACTWGT: 3.30 LB
CAD: 251780655/WSXI3700
DIMMED: 15 X 6 X 4 IN

BILL SENDER

TO:

MASON MI 48854

INV:
PO:
REF: $AW
DEPT:



(US) 5832/8538/9AE3



DINEEN VINEYARDS

TRK#

ALCOHOL
ASR
48854

EXHIBIT 3